FILED
2015 Sep-29  PM 02:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

**FILED**

**2015 SEP 25  P 4: 33**

**U.S. DISTRICT COURT**
**N.D. OF ALABAMA**

## APPLICATION UNDER SECTION 706 (f)
## OF CIVIL RIGHTS ACT OF 1964

Declaring that the information I have given below is true and correct, I apply to this court

for:

( ✓ ) appointment of an attorney.

( ✓ ) authority to commence an action without prepayment of fees, costs, or security.

### l. Personal and Financial Data

Your full name and present mailing address:

Sharron Jeffers Rivers

122 Bremerton Drive

Huntsville, AL 35824

Telephone (if any): (256)503-8940 - (256) 400-8706 -cell

Are you presently employed?   Yes ✓   No ____

If the answer is "yes", give the name and address of your employer and the amount of your

usual weekly salary or wages.

Huntsville City Schools, 200 White St. Huntsville, AL 35801

Weekly earnings:  $ 1,400.00

If you are not presently employed, give the name and address of your last employer, when

you last worked, and the amount of weekly salary or wages you were receiving.

Date last worked: _____ N / A _____

Weekly earnings: $ _____ N/A _____

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind?

_____ N/A _____

as interest, dividends, rents, or investment income of any kind?

_____ N/A _____

as gifts or inheritance?

_____ N/A _____

_____ N/A _____

from social security, unemployment compensation, or any form of state or federal welfare payments or benefits?

_____ N/A _____

_____ N/A _____

from pensions, annuities, workmen's compensation, disability or other insurance policies?

_____ N/A _____

from all other sources?

_____ N/A _____

How much money do you own or have in any checking or saving accounts? _____ 200.00 _____

_____ 50- Savings _____

Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? _____ yes _____

Jeep Liberty 2002
Nissan Altima 1999

If the answer is "yes", describe the property and state its approximate value: _____

Jeep Liberty 2002 -  2000.00
Nissan Altima 1999 -  1000.00

How much money do you owe to others?

Student Loan
Credit Cards
Medical Bills

As to each debt over $100, state the name of the creditor and the approximate amount owed:

Student Loan - 44,500.00
Credit Cards - 700.00
Medical Bills - 1000.00

List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

Daughters (2)  College Students
As much as they need.

Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?....... Yes ✓ No _____

If the answer is "yes", give the following information for each such person:

Name _Latina Rives_

Relationship _daughter_

Employer _Space and Rocket Center_

Weekly earnings $ _300.00_

Name _____

Relationship _____

Employer _____

Weekly earnings $ _____

Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.

_Teacher have not been getting any Step raises or any cost of living raises_

_____

_____

_____

(Attach additional sheets as needed)

### Nature of Alleged Discrimination

Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices.

- Harrasment - moving to different schools
- Hostile Work environment - ignores any problems that I need assistance with.
- Changing my subject area for Science
- Failing to comply with rules and regulation as an educator. See Back

Persons: Involved Gregory Hicks
                    Dr. Casey Wardinski
                    Susan Gossett
                    Lois Mays
                    Dr. Tammy Summerville
                    Dr. Cathy Valise
                    Shirely Wellington
                    Rex Cheatum
                    Lee Summers
                    Edith Pickens
                    Emily Abel

These individuals were a part of the
System that plotted and planned
my Exit from my present teaching
Position. Unfair work practices.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Have you filed with the Equal Employment Opportunity Commission (EEOC) a Charge

relating to such practices? \_✓\_ Yes \_\_\_\_ No \_\_\_\_

If "yes", attach a copy of each such Charge.

Have you received from the EEOC a letter notifying you of your right-to-sue respecting such

Charges? ........... Yes \_✓\_ No \_\_\_\_

If "yes", attach a copy of such letter and notice, and state when you received the same.

Date Received: _____ July 20 15 _____

Have you received from the EEOC a copy of its Determination with regard to your Charges?

Yes \_✓\_ No \_\_\_\_

If "yes", attach a copy of such Determination. Also, if you disagree with any of the EEOC's

findings or conclusions, state why.

I believe the EEOC claim provided
the correct information.
Retaliation was also was also an
issue, that could have been
added.

_____

_____

_____

Any other informational you desire to disclose which supports your claim of discriminatory

employment practices.

_I have documentation dated back to_

_the year 2012_

_____

_____

(Attach additional sheets as needed)

### Efforts to Obtain Attorney

(To be completed if requesting appointment of an attorney)

Have you talked with any attorney about handling your claim? Yes ___ No ✓

If "Yes", give the following informational about each attorney with whom you talked:

Attorney: _Robert Lockwood_

_Caleb Ballew_

When: _2015 - May to September_

Where: _Huntsville_

How (by telephone, in person, etc): _____

Attorney:

_____
_____
_____
_____
_____

**Where:** _____ **How (by telephone, in person, etc)**

**Why attorney was not employed to handle your claim:**

**Attorney:**

_____
_____
_____
_____

**When:** _____

**Where:** _____

**How:** _____

**Why attorney was not employed to handle your claim:** _____

_____
_____

**Explain any other efforts you have made to contact an attorney to handle your claim.**

Yes through AEA and HEA.
I'm presently looking for
an attorney who will represent me
in this matter.

**Any other information which supports your application for the court to appoint an attorney**

for you: _____

_____

_____

_____

Name and address of each attorney who has represented you in the last 10 years for any

purpose: Robert Lockwood — Huntsville, AL

Caleb Balew — Huntsville, AL

_____

_____

(Attach additional sheets as needed)

Attestation and Signature

Under penalty of perjury I declare that the information given on the preceding ___ pages

is true and correct.

Dated: _9-25-15_    *Sharon Rives*

SIGNATURE

WITNESSES:

_____

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | **Sharron Rivers**<br>**122 Bremerton Drive**<br>**Huntsville, AL 35824** | From: | **Birmingham District Office**<br>**Ridge Park Place**<br>**1130 22nd Street**<br>**Birmingham, AL 35205** |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | **THOMAS D. ROE,** | |
| **420-2015-01342** | **Investigator** | **(205) 212-2141** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*[signature]*

**Delner  Franklin-Thomas,**
**District Director**

JUL 0 1 2015

(Date Mailed)

Enclosures(s)

cc:   **HUNTSVILLE CITY SCHOOLS**
**c/o Dr. Casey Wardynski, Superintendent**
**200 White Street**
**Huntsville, AL 35802**

Enclosure with EEOC
Form 161 (11/09)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 420-2015-01342 |

| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Sharron Rivers** | **(256) 503-8940** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **122 Bremerton Drive, Huntsville, AL 35824** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **HUNTSVILLE CITY SCHOOLS** | **500 or More** | **(256) 428-6805** |

| Street Address | City, State and ZIP Code |
|---|---|
| **200 White Street, Huntsville, AL 35802** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-02-2012  Latest: 05-13-2015

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a light-skinned, 54 year-old African American who has been working for the above named organization since September 1995. Previously, Mr. Gregory Hicks, Principal, created a hostile work environment for me and other Black and White teachers. Mr. Hicks allowed students to tape me during class. Mr. Hicks modified and erased, or deleted important documentation from my personnel file. He added false information to my file. Mr. Hicks tried to either force me to resign or terminate me for invalid reasons, such as having low test scores, when I have some of the highest science test scores in the City. He has moved me from classroom to classroom every year and changed my curriculum, causing hardship. This hardship nearly prevented me from getting my class schedule and class materials together in time. Lately, he has precipitated my move to a different school that I should not be going to. Due to my tenure, I should be going to a feeder school. A White teacher, with tenure, was allowed to go to a feeder school. I am being replaced at my former classroom, as a science teacher, by a young, White female.

I believe I have been discriminated against based on my color and my race, in violation of the Civil Rights Act of 1964, as amended, and my age, in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  RECEIVED  SIGNATURE OF COMPLAINANT |
| Jun 08, 2015 _____ *Sharron V. Rivers* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE JUN 8 2015 (month, day, year) |
| Date      Charging Party Signature | E.E.O.C. BIRMINGHAM DISTRICT |

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Sharron Rivers**<br>**122 Bremerton Drive**<br>**Huntsville, AL 35824** | From: **Birmingham District Office**<br>**Ridge Park Place**<br>**1130 22nd Street**<br>**Birmingham, AL 35205** |

| | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2015-01342 | **THOMAS D. ROE,**<br>**Investigator** | (205) 212-2141 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

**Delner Franklin-Thomas,**
**District Director**

JUL 0 1 2015

*(Date Mailed)*

Enclosures(s)

cc:  **HUNTSVILLE CITY SCHOOLS**
**c/o Dr. Casey Wardynski, Superintendent**
**200 White Street**
**Huntsville, AL 35802**

Enclosure with EEOC
Form 161 (11/09)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you **receive** this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2015-01342 |
| | | and EEOC |

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Sharron Rivers** | **(256) 503-8940** | |

| Street Address | City, State and ZIP Code |
|---|---|
| **122 Bremerton Drive, Huntsville, AL 35824** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **HUNTSVILLE CITY SCHOOLS** | **500 or More** | **(256) 428-6805** |

| Street Address | City, State and ZIP Code |
|---|---|
| **200 White Street, Huntsville, AL 35802** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **07-02-2012**   Latest: **05-13-2015**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a light-skinned, 54 year-old African American who has been working for the above named organization since September 1995. Previously, Mr. Gregory Hicks, Principal, created a hostile work environment for me and other Black and White teachers. Mr. Hicks allowed students to tape me during class. Mr. Hicks modified and erased, or deleted important documentation from my personnel file. He added false information to my file. Mr. Hicks tried to either force me to resign or terminate me for invalid reasons, such as having low test scores, when I have some of the highest science test scores in the City. He has moved me from classroom to classroom every year and changed my curriculum, causing hardship. This hardship nearly prevented me from getting my class schedule and class materials together in time. Lately, he has precipitated my move to a different school that I should not be going to. Due to my tenure, I should be going to a feeder school. A White teacher, with tenure, was allowed to go to a feeder school. I am being replaced at my former classroom, as a science teacher, by a young, White female.

I believe I have been discriminated against based on my color and my race, in violation of the Civil Rights Act of 1964, as amended, and my age, in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |
| Jun 08, 2015 _(signature)_ | RECEIVED JUN 08 2015<br>E.E.O.C.<br>BIRMINGHAM DISTRICT |
| Date        Charging Party Signature | |